**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jeffrey Dudash                                         CHAPTER 13

                      Debtor(s)

                                                      BKY. NO. 23-11119 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                                    Respectfully submitted,

                                        /s/ *Michael Farrington*
                                        Michael Farrington
                                        17 Jul 2023, 13:55:11, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322