UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jeffrey Dudash<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-11119-PMM |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of August, 2023, by first class mail upon those listed below:

Jeffrey Dudash
108 Harvard Ave
Lancaster, PA  17603

**Electronically via CM/ECF System Only:**

MATTHEW LAZARUS, ESQUIRE
LAZARUS LAW, LLC
1653 LITITZ PIKE, #105
LANCASTER, PA  17601

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee