United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11119-pmm |
| Jeffrey Dudash | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2023 | Form ID: 155 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey Dudash, 108 Harvard Ave, Lancaster, PA 17603-1704 |
| 14793341 | + | Daniel J Mazaheri, 941 Cumberland Street, Lebanon, PA 17042-5140 |
| 14774632 | + | Hampton Chase HOA, KJK Community Management, 1390 Columbia Ave, #230, Lancaster, PA 17603-4743 |
| 14805555 | + | Lancaster Area Sewer Authority, c/o Scott F. Landis, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |
| 14774633 | + | Lancaster Water and Sewer, 120 N. Duke St., P.O. Box 1599, Lancaster, PA 17608-1599 |
| 14799512 | + | Nationstar Mortgage LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14777335 | + | Nationstar Mortgage LLC, C/O Lorraine Gazzara, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14780269 | + | Email/Text: bankruptcy@cavps.com | Sep 29 2023 01:17:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14774634 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:16:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14776465 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:16:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 14792964 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:16:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 14799312 | ^ | MEBN | Sep 29 2023 01:08:08 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14774635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:48:06 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 28, 2023 | Form ID: 155 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

**Name**           **Email Address**

CHRISTOPHER A. DENARDO
     on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

MATTHEW LAZARUS
     on behalf of Debtor Jeffrey Dudash matthew@lazaruslawoffice.com  lazarus.matthewr109146@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Nationstar Mortgage LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jeffrey Dudash
      Debtor(s)

Chapter: 13
Bankruptcy No: 23−11119−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 28, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge, United States Bankruptcy Court

21
Form 155