Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-11119-PMM**

Jeffrey Dudash  
108 Harvard Ave  
Lancaster  PA    17603

Petition Filed Date: 04/18/2023  
341 Hearing Date: 06/20/2023  
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | $450.00 | | 09/25/2023 | $450.00 | | 10/25/2023 | $450.00 | |
| 11/28/2023 | $450.00 | | 12/27/2023 | $450.00 | | 01/25/2024 | $450.00 | |
| 02/27/2024 | $450.00 | | 03/25/2024 | $450.00 | | 04/25/2024 | $450.00 | |
| 05/28/2024 | $450.00 | | 06/26/2024 | $450.00 | | 07/25/2024 | $450.00 | |

**Total Receipts for the Period: $5,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $4,264.00 | $4,264.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $21,611.99 | $0.00 | $21,611.99 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $57.05 | $0.00 | $57.05 |
| 3 | HAMPTON CHASE HOA<br>»» 003 | Secured Creditors | $12,293.00 | $1,075.88 | $11,217.12 |
| 4 | LANCASTER AREA SEWER AUTHORITY<br>»» 004 | Secured Creditors | $8,599.79 | $752.64 | $7,847.15 |

**Chapter 13 Case No. 23-11119-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,750.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $6,092.52 | Arrearages: | $450.00 |
| Paid to Trustee: | $652.50 | Total Plan Base: | $52,080.00 |
| Funds on Hand: | $4.98 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.