| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11119-PMM

| | |
|---|---|
| Jeffrey Dudash | Petition Filed Date: 04/18/2023 |
| 108 Harvard Ave | 341 Hearing Date: 06/20/2023 |
| Lancaster PA 17603 | Confirmation Date: 09/28/2023 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $450.00 | | 09/25/2024 | $450.00 | | 10/25/2024 | $450.00 | |
| 11/25/2024 | $900.00 | | 12/26/2024 | $900.00 | | 01/28/2025 | $900.00 | |
| 02/25/2025 | $900.00 | | 03/25/2025 | $900.00 | | 04/25/2025 | $900.00 | |
| 06/02/2025 | $900.00 | | 06/26/2025 | $900.00 | | 07/25/2025 | $900.00 | |

**Total Receipts for the Period: $9,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $4,264.00 | $4,264.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $21,611.99 | $0.00 | $21,611.99 |
| 2 | NATIONSTAR MORTGAGE LLC<br>»» 002 | Mortgage Arrears | $57.05 | $17.22 | $39.83 |
| 3 | HAMPTON CHASE HOA<br>»» 003 | Secured Creditors | $12,293.00 | $6,190.56 | $6,102.44 |
| 4 | LANCASTER AREA SEWER AUTHORITY<br>»» 004 | Secured Creditors | $8,599.79 | $4,330.72 | $4,269.07 |

**Chapter 13 Case No. 23-11119-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,100.00 | Current Monthly Payment: | $1,020.00 |
| Paid to Claims: | $14,802.50 | Arrearages: | $2,340.00 |
| Paid to Trustee: | $1,435.50 | Total Plan Base: | $52,080.00 |
| Funds on Hand: | $862.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.