Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Jeffrey Dudash
108 Harvard Ave
Lancaster, PA 17603

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11119-PMM**

Petition Filed Date: 04/18/2023
341 Hearing Date: 06/20/2023
Confirmation Date: 09/28/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2025 | $900.00 | | 09/25/2025 | $900.00 | | 10/27/2025 | $900.00 | |
| 11/25/2025 | $900.00 | | 12/29/2025 | $900.00 | | 01/28/2026 | $900.00 | |
| 02/25/2026 | $1,020.00 | | 03/13/2026 | $2,940.00 | | 03/25/2026 | $1,020.00 | |
| 04/27/2026 | $1,020.00 | | 05/26/2026 | $1,020.00 | | 06/26/2026 | $1,020.00 | |
| 07/27/2026 | $1,020.00 | | | | | | | |

**Total Receipts for the Period: $14,460.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $31,680.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MATTHEW LAZARUS, ESQUIRE | Attorney Fees | $4,264.00 | $4,264.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $21,611.99 | $2,986.35 | $18,625.64 |
| 2 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 002 | Mortgage Arrears | $57.05 | $57.05 | $0.00 |
| 3 | HAMPTON CHASE HOA<br>»» 003 | Secured Creditors | $12,293.00 | $12,293.00 | $0.00 |
| 4 | LANCASTER AREA SEWER AUTHORITY<br>»» 004 | Secured Creditors | $8,599.79 | $8,599.79 | $0.00 |

**Chapter 13 Case No. 23-11119-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,680.00 | Current Monthly Payment: | $1,020.00 |
| Paid to Claims: | $28,200.19 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,538.35 | Total Plan Base: | $52,080.00 |
| Funds on Hand: | $941.46 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.